KATHERINE B. JACOBS, PLAINTIFF-PETITIONER, v. SAMUEL W. JACOBS, DEFENDANT-RESPONDENT.

See same case below: 109 *N. J. Super.* 287.

*Messrs. Hannoch, Weisman, Stern & Besser* and *Mr. Bruce Lubitz,* for the petitioner.

*Messrs. Shedd, Gladstone & Kronenberg,* for the respondent.

May 26, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. VICTOR T. ROMEO, JR., DEFENDANT-PETITIONER.

*Messrs. Perskie & Perskie* and *Mr. Steven L. Lefelt,* for the petitioner.

*Mr. Robert N. McAllister, Jr.* and *Mr. Ernest M. Curtis,* for the respondent.

May 26, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FAUNCE M. PACHILIO, DEFENDANT-PETITIONER.

*Mr. Herbert L. Worth,* for the petitioner.

*Mr. Dominick J. Ferrelli* and *Mr. Alfred O. Powell,* for the respondent.

May 26, 1970. Denied.